RECEIVED
IN LAKE CHARLES, LA

OCT 24 2013

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES OF AMERICA

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 2:11CR00107-02 |
| VERSUS | JUDGE MINALDI |
| KIMBERLY ANN THOMPSON | MAGISTRATE JUDGE KAY |

## JUDGMENT

Having considered the defendant's Motion to Vacate, Set Aside or Correct Sentence Pursuant to §2255 (Rec. Doc. 127),

IT IS ORDERED that this motion IS DISMISSED AS UNTIMELY. More than one year has passed since the defendant's conviction became final. Additionally, *Alleyne v. United States*, 133 S.Ct. 2151 (2013) has not been made retroactively applicable to cases on collateral review.

Considering the record in this case and the requirements of 28 U.S.C. § 2255, the court hereby finds that a certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

Lake Charles, Louisiana, this 23 day of October, 2013.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE